Per Curiam.
 

 Where a Master reports that, any-specified sum is admitted by the parties to be due, it ought, in general, to be presumed,
 
 prima facie,
 
 to be true, and to throw the
 
 onus
 
 on- the, other side to shew' the contrary by affidavit. But even in such case, the more regular, and certainly the safer way, is, for the party-making the admission, to sign it in the Master’s presence- — (3
 
 P. Wms. 142—Cursus
 
 Canc
 
 ellarioe
 
 427.) In this case, however, the report shews upon its face, that the sums reported were raised by the Master from accounts exhibited by the party, the items of which accounts were admitted ; and such a report is clearly irregular unless the accounts accompany the report, or are particularly referred to, so that the Court may examine the correctness of the Master’s inferences.
 

 The report must therefore he. set aside, and the cause .remanded for further proceedings.